# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 94 MM 2021
:
Respondent  :
:
:
:
v.  :
:
:
ERIC T. JONES,  :
:
Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of December, 2021, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED.  Counsel is ORDERED to file the already-prepared Petition for Allowance of Appeal within five days.